UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| MICHAEL LAMIAUX ) | |
| Plaintiff ) | |
| v. ) | CASE NO.: 11-5908 |
| WORLDWIDE RECOVERIES, LLC ) | |
| Defendant ) | |

### REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)

*TO THE CLERK OF COURT:*

(1) This matter was commenced against Defendant Worldwide Recoveries, LLC by the filing of a Complaint on September 19, 2011.

(2) On September 29, 2011, Defendant Worldwide Recoveries, LLC was served with the Summons and Complaint pursuant to the applicable Rules of Civil Procedure.

(3) More than twenty-one (21) days has elapsed since the service of the Summons and Complaint on said Defendant and no request for an extension of time to plead to the Complaint has been requested.

(4) Plaintiff requests default be entered against said Defendant.

(5) Attached hereto and marked as Exhibit "A" is Proof of Service of the Summons and the Complaint on the Defendant, the originals of which were filed of record with the Court.

Respectfully submitted,

|  |  |
|---|---|
| DATE:  December 21, 2011 | Mpf8441/s/*Michael P. Forbes* <br> _____ <br> Law Office of Michael P. Forbes, P.C. <br> By: Michael P. Forbes, Esquire <br> Attorney for Plaintiff <br> Attorney I.D.#55767 <br> 200 Eagle Road <br> Suite 220 <br> Wayne, PA 19087 <br> (610 293-9399 <br> (610)293-9388 (Fax) <br> michael@mforbeslaw.com |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| MICHAEL LAMIAUX ) | |
|     Plaintiff ) | |
| v. ) | CASE NO.:  11-5908 |
| WORLDWIDE RECOVERIES, LLC ) | |
|     Defendant ) | |

### *AFFIDAVIT*

I, MICHAEL P. FORBES, ESQUIRE, hereby state the following:

1. I am the attorney of record for the Plaintiff herein.

2. On September 19, 2011, Plaintiff filed the Complaint with the Court.

3. On September 29, 2011, Defendant Worldwide Recoveries, LLC was served with the Summons and Complaint.

5. On October 4, 2011, Proof of Service on Defendant was filed.

6. More than twenty-one (21) days has lapsed since the service of the Summons and Complaint on the Defendants and no request for an extension of time to plead to the Complaint has been requested by the Defendant herein.


DATE:  December 21, 2011

Mpf8441/s/*Michael P. Forbes*
_____
MICHAEL P. FORBES, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | | |
|---|---|---|
| MICHAEL LAMIAUX | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NO.: 11-5908 |
| WORLDWIDE RECOVERIES, LLC | ) | |
| Defendant | ) | |

### ENTRY OF DEFAULT

AND NOW, this _____ day of _____, 2011, upon application of the Plaintiff, it is hereby ORDERED that a default is entered against Defendant Worldwide Recoveries, LLC and in favor of the Plaintiff, Michael Lamiaux, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

_____
J

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| MICHAEL LAMIAUX ) | |
| Plaintiff ) | |
| v. ) | CASE NO.: 11-5908 |
| WORLDWIDE RECOVERIES, LLC ) | |
| Defendant ) | |

### CERTIFICATE OF SERVICE

I, MICHAEL P. FORBES, ESQUIRE, do hereby certify that I did mail a copy of the foregoing, via first class mail, to the following:

Worldwide Recoveries, LLC
2414 Fairview Street
Suite 210
Santa Ana, CA  92704

DATE:  December 21, 2011         Mpf8441/s/*Michael P. Forbes*
                                 MICHAEL P. FORBES